FILED

AUG 2 2 2018

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| DURENE GREEN and SCOTT GREEN, <br><br> Plaintiffs, <br><br> - v - <br><br> SAFECO INSURANCE COMPANY OF ILLINOIS, <br><br> Defendant. | Cause No.: 1:18-CV-114-SPW-TJC <br><br><br> **ORDER GRANTING DISMISSAL WITH PREJUDICE** |

Upon the parties' Stipulation for Dismissal with Prejudice (Doc. 8), by and between their counsel of record,

IT IS HEREBY ORDERED that any and all causes of action between Plaintiffs DURENE GREEN and SCOTT GREEN, and Defendant SAFECO INSURANCE COMPANY OF ILLINOIS, are **DISMISSED WITH PREJUDICE**, with each party to bear their own fees and costs.

IT IS FURTHER ORDERED that the Preliminary Pretrial Conference set for Tuesday, October 9, 2018 at 11:00 a.m. before Magistrate Judge Timothy J. Cavan and all associated deadlines are **VACATED**.

DATED this 21st day of August, 2018.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE